**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| ERIC LAMAR POWELL, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | 1:05-CV-7 (WLS) |
| : | |
| LENA COLLINS, R.N., : | |
| : | |
| Defendant. : | |

_____

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Tab 21), filed December 9, 2005. It is recommended that Defendant motion to dismiss Plaintiff's *pro se* § 1983 for failure to prosecute pursuant to Fed.R.Civ.Pro. 41(b) (Tab 20) be granted.. Plaintiff has not filed a timely objection to the Report and Recommendation.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Plaintiff's complaint (Tab 2) is **DISMISSED.**

SO ORDERED, this  20th  day of December, 2005.

　　　　　　　　　　　　　　　　　　　　　　 /s/W. Louis Sands
　　　　　　　　　　　　　　　　　　　　　　**W. LOUIS SANDS, CHIEF JUDGE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT**